AO 91 (Rev. 11/11) Criminal Complaint      AUSA Theodora Anderson (815) 987-4455

**FILED**
12/12/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.

RANDY WITHROW

CASE NUMBER: **24CR50050**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about December 12, 2024, at Leaf River, in the Northern District of Illinois, Western Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(5)(B) (Possession of Child Pornography) | Possession of Child Pornography |

TAA 12/12/24

This criminal complaint is based upon these facts:

__X__ Continued on the attached sheet.

HENRY W RACKE
Digitally signed by HENRY W RACKE
Date: 2024.12.12 14:09:59 -06'00'

Henry W. Racke
Special Agent, Homeland Security Investigations

Sworn to before me and signed in my presence.

Date: December 12, 2024

_Judge's signature_

City and state: Rockford, Illinois

Margaret J. Schneider, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, Henry W. Racke, being duly sworn, state as follows:

1. I am a Special Agent with Homeland Security Investigations (HSI), and I have been so employed since February 2023. I am currently assigned to the Chicago, Illinois Office of the Special Agent in Charge, where I work in the Child Exploitation Investigations Group. My current responsibilities include the investigation of federal and state crimes pertaining to child exploitation and child pornography.

2. This affidavit is submitted in support of a criminal complaint alleging that Randy WITHROW has violated Title 18, United States Code, Sections 2252A(a)(5)(B) (Possession of Child Pornography) (the **Subject Offense**). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging WITHROW with the **Subject Offense**, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offenses alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and on information provided to HSI and obtained during search warrants.

## FACTS SUPPORTING PROBABLE CAUSE

4. On December 10, 2024, the Honorable Margaret J. Schneider issued a search warrant[1] to search the residence and nearby outbuildings located at 1245 West Lightsville Road, Leaf River, Illinois, for evidence, instrumentalities, and contraband related to the possession, distribution, and receipt of child pornography. The target of the investigation was Randy WITHROW. This residence was the listed address for WITHROW and a relative.

5. On December 12, 2024, special agents from Homeland Security Investigations (HSI), Chicago Field Office, along with members of the Ogle County Sheriff's Office, executed the federal search warrant. WITHROW was present at the residence at the time of the search.

6. During the search of the residence, HSI agents discovered a PNY 16GB SD memory card (the "SD memory card") on the dresser of WITHROW's bedroom. HSI computer forensic analysts previewed the SD memory card on scene and discovered at least 100 images and videos depicting child pornography. Among these images and videos were numerous videos depicting adults sexually abusing young children. Three of these videos are described as follows:

- Filename: 1_51705535152395838701.mp4
    - Description: A video 32 seconds in duration, depicting a minor male, approximately 3-6 months old, being anally penetrated by the erect

---

[1] The search warrant was issued by U.S. Magistrate Judge Margaret Schneider on December 10, 2024 under case number 24MC00033.

penis of an adult male.

- 1_51391124726978838553.mp4
    - Description: A video 46 seconds in duration, depicting a minor male, approximately 2-3 years old, grabbing the erect penis of an adult male as the adult male rubs the tip of his penis on the lips and face of the boy.
- 1_50803385475525812350.mp4
    - Description: A video 29 seconds in duration, depicting a nude adult female holding down a minor male, approximately 2-3 years old, while an adult male penetrates the boy's anus with his erect penis.

7. HSI agents examined the SD memory card and determined that it was manufactured in Taiwan.

## CONCLUSION

8. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about December 12, 2024, Randy WITHROW knowingly possessed material, namely a SD memory card, that contained images and videos of child pornography as defined by Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor who had not attained 12 years of age, such image having been shipped and transported using any means or facility of interstate or foreign commerce, and such image having been produced using materials that have shipped and transported in and affecting interstate and foreign commerce by any means, including computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

3

FURTHER AFFIANT SAYETH NOT.

HENRY W RACKE  Digitally signed by HENRY W RACKE
Date: 2024.12.12 14:11:08 -06'00'

Henry W. Racke
Special Agent
Homeland Security Investigations

SUBSCRIBED AND SWORN to by telephone on December 12, 2024.

Honorable Margaret J. Schneider
United States Magistrate Judge

4